No. 90–6177. IN RE MOODY. Petition for writ of mandamus denied. JUSTICE STEVENS would grant mandamus.

No. 90–6180. IN RE HERTEL ET AL. Petition for writ of mandamus and/or prohibition denied.

No. 89–1836. GENTILE v. STATE BAR OF NEVADA. Sup. Ct. Nev. Certiorari granted.

No. 89–1895. ASTORIA FEDERAL SAVINGS & LOAN ASSN. v. SOLIMINO. C. A. 2d Cir. Certiorari granted.

No. 90–605. DEPARTMENT OF TRANSPORTATION ET AL. v. AIR TRANSPORT ASSOCIATION OF AMERICA ET AL. C. A. D. C. Cir. Certiorari granted.

No. 90–659. GOLLUST ET AL. v. MENDELL ET AL. C. A. 2d Cir. Certiorari granted.

No. 90–5538. MELKONYAN v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–6585. REED v. FRANK, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 90–25. DILLON, COMMISSIONER OF THE DEPARTMENT OF INSURANCE OF INDIANA, ET AL. v. COMBS ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–102. LIBERTY COUNTY, FLORIDA, ET AL. v. SOLOMON ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–281. ASSOCIATED GROCERS, INC. v. WASHINGTON; and
No. 90–465. WASHINGTON v. ASSOCIATED GROCERS, INC. Sup. Ct. Wash. Certiorari denied. Reported below: 114 Wash. 2d 182, 787 P. 2d 22.